USDC IN/ND case 2:06-cr-00230-PPS-PRC   document 179   filed 03/31/15   page 1 of 1

| INN - PROB 22<br>Rev. 05/04 | | | DOCKET NUMBER *(Tran. Court)*<br>0755 2:06CR00230-1 |
|---|---|---|---|
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER *(Rec. Court)*<br>15-80018-TP-RYSKAMP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mark S Weinberger | Northern District Of Indiana | Hammond |
| FILED by _____ D.C.<br>APR 27 2015<br>STEVEN M. LARIMORE<br>CLERK<br>S.D. OF FLA. FT. LAUD. | NAME OF SENTENCING JUDGE<br>Philip Peter Simon | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>1/16/2015 | TO<br>1/15/2017 |

| OFFENSE |
|---|
| HEALTH CARE FRAUD |

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Southern District of Florida   upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 3.31.15<br>Date | /s/ Philip Simon<br>United Sates District Judge |
|---|---|

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF   FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| April 6, 2015<br>Effective Date | Daniel P. Pauley<br>United States District Judge |
|---|---|

Defendant: DR MARK S WEINBERGER
Case Number: 2:06cr230-001

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**
        **Plaintiff**

v.

**Case Number 2:06cr230-001**

**USM Number 10609-027**

**DR MARK S WEINBERGER**
        **Defendant**

**Visvaldis P. Kupsis**
**Defendant's Attorney**

_____

### JUDGMENT IN A CRIMINAL CASE

**THE DEFENDANT** pleaded guilty to counts 1-22 of the Indictment on 7/23/2012.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title, Section & Nature of Offense | Date Offense Ended | Count Numbers |
|---|---|---|
| 18:1347 HEALTH CARE FRAUD | August 2004 | 1-22 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

October 12, 2012
_____
Date of Imposition of Judgment

s/ Philip P. Simon
_____
Signature of Judge

Philip P. Simon, United States District Judge
_____
Name and Title of Judge

October 23, 2012
_____
Date

Defendant: DR MARK S WEINBERGER
Case Number: 2:06cr230-001

Page 2 of 8

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **84 months** on each of counts 1 - 22, all terms to be served concurrently.

The Court makes the following recommendations to the Bureau of Prisons:

(1)     That the defendant be permitted to participate in the Bureau of Prisons Residential Drug and Alcohol Program.

(2)     That the defendant be incarcerated at FPC Pensacola.

## RETURN

I have executed this judgment as follows:

Defendant delivered _____ to _____ at _____
_____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
DEPUTY UNITED STATES MARSHAL

Defendant: DR MARK S WEINBERGER                                                                                     Page 3 of 8
Case Number: 2:06cr230-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of
**2 years.**

The defendant shall report in person to the probation office in the district to which the defendant is
released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain
from any unlawful use of a controlled substance.

The defendant shall submit to one drug test within 15 days of release from imprisonment and two
(2) periodic drug tests thereafter, as determined by the Court.

The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous
weapon.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the
defendant pay in accordance with the Schedule of Payments sheet of this judgment.

USDC IN/ND case 2:06-cr-00230-PPS-PRC   document 174   filed 10/23/12   page 4 of 8

Defendant: DR MARK S WEINBERGER                                                    Page 4 of 8
Case Number: 2:06cr230-001

## STANDARD CONDITIONS OF SUPERVISION

1.  The defendant shall not leave the judicial district without the permission of the Court or probation officer.
2.  The defendant shall report to the probation officer in the manner and as frequently as directed by the Court or probation officer.
3.  The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4.  The defendant shall support his dependents and meet other family responsibilities.
5.  The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6.  The defendant shall notify the probation officer within ten (10) days of any change in residence or employment.
7.  The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.
8.  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9.  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court.
13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.
14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.
15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

Defendant: DR MARK S WEINBERGER                                                Page 5 of 8
Case Number: 2:06cr230-001

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall provide the probation officer with access to any requested financial information.

The defendant shall participate in a drug and/or alcohol treatment program under a co-payment plan, which may include testing for the testing of drugs of abuse at the direction and discretion of the probation officer.

The defendant shall participate in a mental health treatment program under a co-payment plan at the direction and discretion of the probation officer.

While under supervision, the defendant shall not consume alcoholic beverages or any mood altering substances, which overrides the "no excessive use of alcohol" language in Standard Condition #7.

The defendant shall participate in a co-payment program to offset the cost of treatment. The co-payment amount is based on annual poverty guidelines established by the U.S. Department of Health and Human Services (HHS) on a sliding scale basis. The co-payment amount shall not exceed an amount determined by the Probation Officer's Sliding Scale For Monthly Co-Payment.

The defendant shall pay to the United States a total special assessment of $2,200, which shall be due immediately.

Defendant: DR MARK S WEINBERGER                                           Page 6 of 8
Case Number: 2:06cr230-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| **$2200.00** | **NONE** | **$108,331.93** |

The defendant shall make the special assessment payment payable to Clerk, U.S. District Court, 5400 Federal Plaza, Suite 2300, Hammond, IN 46320.  The special assessment payment shall be due immediately.

### FINE

No fine imposed.

### RESTITUTION

Restitution in the amount of $108,331.93 is hereby imposed.

The defendant shall make restitution payments (including community restitution, if applicable) payable to Clerk, U.S. District Court, 5400 Federal Plaza, Suite 2300, Hammond, IN 46320, for the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Amount of Restitution Ordered |
|---|---|
| Sentinel Group | $7,414.60 |
| Anthem Blue Cross/Blue Shield | $43,661.38 |
| Highmark Blue Cross/Blue Shield | $15,010.55 |
| Indiana Carpenters Welfare | $5,472.43 |
| Allied Benefit System | $1,809.60 |
| Aetna | $18,014.90 |
| First Health | $1,603.88 |
| Professional Claims Management | $6,432.68 |
| Midwest Security | $7,107.06 |
| Blue Cross/Blue Shield Nebraska | $1,804.85 |
| **Totals** | $108,331.93 |

Defendant: DR MARK S WEINBERGER                                                                      Page 7 of 8
Case Number: 2:06cr230-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties
are due as follows:

The defendant shall commence restitution payments in the manner and schedule as determined
by the Court. The imposed payment schedule will remain in effect until such time as the Court is
notified by the defendant, victim, or government that there has been a material change in the
defendant's ability to pay.

Restitution shall be paid at a minimum rate of $500.00 per month commencing 30 days after
placement on supervision until said amount is paid in full.

The Court finds that the defendant does not have the funds or the financial resources to pay a fine
required by Section 5E1.2 of the guidelines manual without impairing his ability to make restitution
payments to his victims. The Court waives the fine in this case.


Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3)
restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and
(8) costs, including cost of prosecution and court costs.

USDC IN/ND case 2:06-cr-00230-PPS-PRC   document 174   filed 10/23/12   page 8 of 8

Defendant: DR MARK S WEINBERGER                                                    Page 8 of 8
Case Number: 2:06cr230-001

Name:_____DR MARK S WEINBERGER_____

Docket No.:_____2:06cr230-001_____

## ACKNOWLEDGMENT OF SUPERVISION CONDITIONS

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I have reviewed the Judgment and Commitment Order in my case and the supervision conditions therein.  These conditions have been read to me.  I fully understand the conditions and have been provided a copy of them.

(Signed)

_____          _____
Defendant                                                          Date

_____          _____
U.S. Probation Officer/Designated Witness                 Date

USDC IN/ND case 2:06-cr-00230-PPS-PRC   document 1   filed 12/07/06   page 1 of 4

FILED

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

05 DEC -7 PM 12: 14

SH......
FOR Th.......  ....CLERK
......DISTRICT

UNITED STATES OF AMERICA )
)
) CAUSE NO.
V. )       2 : 06 CR 230 PS
)
DR. MARK S. WEINBERGER, dba )
MERRILLVILLE CENTER FOR ADVANCED ) 18 U.S.C. SEC. 1347
SURGERY, LLC and NOSE AND SINUS )
CENTERS, LLC. )

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNTS 1 THROUGH 22

### SCHEME TO COMMIT HEALTH CARE FRAUD

At all times relevant to this indictment:

1. **DR. MARK S. WEINBERGER**, a physician licensed in the State of Indiana dba

**NOSE AND SINUS CENTERS, LLC.** and specializing in the treatment of ear, nose and throat

diseases, operated the **MERRILLVILLE CENTER FOR ADVANCED SURGERY LLC.,** a

surgery center concentrating on ear, nose and throat related surgeries, including endoscopic sinus

surgeries, located in Merrillville, Indiana.

2. At all times relevant to this indictment, patients would receive a CT scan or X-ray

prior to **DR. MARK S. WEINBERGER** performing endoscopic sinus surgery.

3. At all times relevant to this indictment **DR. MARK S. WEINBERGER** placed

patients receiving endoscopic sinus surgery under general anaesthesia.

4. At all times relevant to this indictment patients paid for their treatment by **DR. MARK S. WEINBERGER**, including endoscopic sinus surgeries, through private health benefit programs.

5. At all times relevant to this indictment **DR. MARK S. WEINBERGER** caused private health benefit programs to be billed for endoscopic sinus surgeries he allegedly performed on their members.

6. Among the related procedures **DR. MARK S. WEINBERGER** allegedly performed during endoscopic sinus surgery were: ethmoidectomy - the removal of the walls of bone and mucosal lining of the nose; sphenoidotomy - the widening of the drainage pathway of the sphenoid sinus by removing a portion of the anterior face of the spenoid; septoplasty - the straightening of the septum by raising a mucosal flap and making changes to the underlying cartilage and/or bone; and maxillary antrostomy - the widening of the drainage pathway of the maxillary sinus.

## MANNER AND MEANS BY WHICH THE SCHEME OPERATED

7. It was part of the scheme to defraud private health benefit programs that **DR. MARK S. WEINBERGER**, from January 7, 2003 through August 26, 2004, would inflate bills and/or cause inflated bills to be submitted to private health benefit programs for endoscopic sinus surgeries he allegedly performed on their members. Specifically, **DR. MARK S. WEINBERGER** would bill private health benefit programs for procedures allegedly performed during endoscopic sinus surgeries, costing anywhere between $2,600.00 and $16,740.00 that were not in fact performed on various private health benefit members.

USDC IN/ND case 2:06-cr-00230-PPS-PRC   document 1   filed 12/07/06   page 3 of 4

## FRAUDULENT ACTS

8. On or about the dates listed below, in the Northern District of Indiana and elsewhere,

### DR. MARK S. WEINBERGER, dba MERRILLVILLE CENTER
### FOR ADVANCED SURGERY, LLC. AND NOSE AND SINUS
### CENTERS, LLC.

defendant herein, did knowingly and intentionally obtain by means of false and fraudulent

pretenses and representations, money from private health benefit programs in connection with

claimed surgical procedures that were not in fact performed, in violation of Title 18, United

States Code, Section 1347.

| Count | Patient | Date | Procedures not performed | Amount of faudulent claim |
|-------|---------|------|--------------------------|---------------------------|
| 1 | Glenda B. | 10/10/03 | ethmoidectomy<br>Sphenoidotomy<br>maxillary antrostomy | $5,400.00<br>$3,200.00<br>$3,600.00 |
| 2 | Susan B. | 1/16/03 | ethmoidectomy<br>Sphenoidotomy | $11,460.00<br>$6,600.00 |
| 3 | William B. | 1/15/04 | ethmoidectomy<br>Sphenoidotomy | $10,800.00<br>$9,800.00 |
| 4 | Jennifer B. | 9/12//03 | ethmoidectomy<br>Sphenoidotomy | $5,400.00<br>$3,200.00 |
| 5 | Gary B. | 5/9/03 | ethmoidectomy<br>Sphenoidotomy<br>Septoplasty | $16,740.00<br>$11,600.00<br>$7,600.00 |
| 6 | Geraine C. | 8/26/04 | ethmodectomy<br>Sphenoidotomy<br>Maxillary antrostomy | $10,800.00<br>$6,600.00<br>$7,000.00 |
| 7 | Elizabeth D. | 6/26/04 | ethmoidectomy<br>Sphenoidotomy | $5,400.00<br>$3,200.00 |
| 8 | Kimberly D | 11/22/03 | ethmoidectomy<br>Sphenoidotomy | $5,400.00<br>$3,200.00 |
| 9 | Stephanie F. | 2/7/04 | ethmoidectomy<br>Sphenoidotomy<br>Septoplasty | $10,800.00<br>$6,600.00<br>$5,100.00 |
| 10 | Marilyn G. | 11/22/03 | ethmoidectomy<br>Sphenoidotomy<br>Septoplasty | $10,800.00<br>$6,600.00<br>$5,100.00 |

| 11 | Jacqueline G. | 12/26/03 | ethmodectomy<br>Sphenoidotomy<br>Septoplasty | $5,400.00<br>$3,200.00<br>$2,600.00 |
| 12 | Vicki G. | 11/13/03 | ethmoidectomy<br>Sphenoidotomy<br>Septoplasty | $5,400.00<br>$3,200.00<br>$2,600.00 |
| 13 | Kathy H. | 7/15/04 | ethmoidectomy<br>Sphenoidotomy | $5,400.00<br>$3.200.00 |
| 14 | Phillip L | 3/27/04 | ethmoidectomy<br>Sphenoidotomy<br>Septoplasty | $5,400.00<br>$3,200.00<br>$2,600.00 |
| 15 | Kevin L. | 1/17/03 | ethmoidectomy<br>Sphenoidotomy<br>Septoplasty | $5,400.00<br>$3,200.00<br>$2,600.00 |
| 16 | Troyanne L. | 6/5/04 | ethmoidectomy<br>Sphenoidotomy | $10,800.00<br>$5,000.00 |
| 17 | Marjorie M. | 5/8/04 | ethmoidectomy<br>Sphenoidotomy<br>Septoplasty | $10,800.00<br>$6,600.00<br>$5,100.00 |
| 18 | Bobby M. | 2/25/03 | ethmoidectomy<br>Sphenoidotomy<br>Septoplasty | $6,600.00<br>$3,200.00<br>$2,600.00 |
| 19 | Maria Irma O. | 9/6/03 | ethmoidectomy<br>Spehnoidotomy | $11,880.00<br>$9,800.00 |
| 20 | Jon R. | 5/31/03 | ethmoidectomy<br>Sphenoidotomy | $5,400.00<br>$3,200.00 |
| 21 | Brandon R. | 8/9/03 | ethmoidectomy<br>Sphenoidotomy<br>Septoplasty<br>Right maxillary antrostomy | $11.220.00<br>$6,600.00<br>$5,100.00<br>$3,500.00 |
| 22 | Lashon S. | 12/12/03 | ethmoidectomy<br>Sphenoidectomy | $10,800.00<br>$6,400.00 |

A TRUE BILL:

/S/ FOREPERSON
FOREPERSON

Joseph S. Van Bokkelen
United States Attorney

By:    S/ DIANE L. BERKOWITZ
       Diane L. Berkowitz
       Assistant U.S. Attorney

PROTO,TERMED

## U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
## CRIMINAL DOCKET FOR CASE #: 2:06-cr-00230-PPS-PRC-1

Case title: United States of America v. Weinberger

Date Filed: 12/07/2006
Date Terminated: 10/25/2012

---

Assigned to: Chief Judge Philip P
Simon
Referred to: Magistrate Judge Paul R
Cherry

### Defendant (1)

**Dr Mark S Weinberger**
*TERMINATED: 10/25/2012*
*doing business as*
Nose and Sinus Centers LLC
*TERMINATED: 10/25/2012*
*doing business as*
Merrillville Center for Advanced
Surgery LLC
*TERMINATED: 10/25/2012*

represented by **Adam Tavitas**
Law Office of Adam Tavitas
9120 Connecticut Dr Suite G
Merrillville, IN 46410
219-796-9220
Fax: 219-791-4379
Email: Adtavitas@aol.com
*TERMINATED: 11/07/2011*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Stephen Edward Scheele**
Goodman Katz & Scheele
9013 Indianapolis Blvd
Highland, IN 46322
219-838-9200
Fax: 219-972-7110
Email: ses@gk4law.com
*TERMINATED: 11/07/2011*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Visvaldis P Kupsis**
Law Offices of Visvaldis P Kupsis
334 W 806 N
Valparaiso, IN 46383
219-465-6240
Fax: 219-548-3368
Email: vpkupsis@hotmail.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

18:1347 HEALTH CARE FRAUD
(1-22)

### Disposition

BOP - 84 months on each of counts 1-22, terms to be served concurrently. Supervised Release - 2 years on each of counts 1-22, to be served concurrently. No fine imposed. Special Assessment of $2,200.00. Restitution of $108,331.93.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

### Disposition

## Highest Offense Level (Terminated)

None

## Complaints

None

### Disposition

---

## Miscellaneous Party

**Anthem Insurance Companies Inc**
*TERMINATED: 11/04/2011*

represented by **Bernard L Pylitt**
Katz & Korin PC
334 N Senate Avenue
Indianapolis, IN 46204-1708
317-464-1100
Fax: 327-464-1111
Email: bpylitt@katzkorin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sally F Zweig**
Katz & Korin PC
334 N Senate Avenue
Indianapolis, IN 46204-1708
317-464-1100
Fax: 317-464-1111
Email: szweig@katzkorin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

---

## Plaintiff

**United States of America**

represented by **David A Capp - AUSA**

US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5601
Fax: 219-852-2777
Email: david.capp@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Diane L Berkowitz - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: Diane.Berkowitz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2006 | 1 | INDICTMENT as to Dr Mark S Weinberger (1) count(s) 1-22. (rmn) (Entered: 12/07/2006) |
| 12/07/2006 | 2 | ARREST Warrant Issued in case as to Dr Mark S Weinberger. (rmn) (Entered: 12/07/2006) |
| 12/28/2009 | 4 | AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION by United States of America as to Dr Mark S Weinberger (rmn) (Entered: 12/29/2009) |
| 01/19/2010 | 5 | AFFIDAVIT IN SUPPORT OF REQUEST FOR EXTRADITION by United States of America as to Dr Mark S Weinberger (kjp) (Entered: 01/19/2010) |
| 03/01/2010 |  | Arrest of Dr Mark S Weinberger (plm) (Entered: 03/01/2010) |
| 03/01/2010 |  | Judge update in case as to Dr Mark S Weinberger. Magistrate Judge Paul R Cherry added. (plm) (Entered: 03/01/2010) |
| 03/01/2010 | 6 | INITIAL APPEARANCE as to Dr Mark S Weinberger held on 3/1/2010 before Magistrate Judge Paul R Cherry. Govt appeared by AUSA David Nozick. Dft appeared w/o Atty. Jerry Navarra appeared on behalf of U S Probation/Pretrial Services. Dft advised of rights, charges, penalties. Dft requests court-appointed counsel. Dft questioned under oath re financial status. Request granted. Clerk to contact Federal Public Defender to appoint counsel. Govt moves for detention. Granted. Detention Hearing/Arraignment set for 3/4/2010 01:30 PM in US District Court - Hammond before Magistrate Judge Paul R Cherry. Dft REMANDED to temporary custody of US Marshal. (Digitally Recorded.) (plm) (Entered: 03/01/2010) |
| 03/01/2010 | 7 | CJA 20 as to Dr Mark S Weinberger: Appointment of Attorney Adam Tavitas for Dr Mark S Weinberger by Magistrate Judge Paul R Cherry on 3/1/2010. (plm) (Entered: 03/01/2010) |

| 03/01/2010 | 8 | Amended Arrest Warrant Returned Executed on 2/25/10 in case as to Dr Mark S Weinberger. (kjp) (Entered: 03/02/2010) |
|---|---|---|
| 03/04/2010 | 9 | ORDER OF DETENTION as to Dr Mark S Weinberger. Signed by Magistrate Judge Paul R Cherry on 3/4/10. (kjp) (Entered: 03/04/2010) |
| 03/04/2010 | 10 | (Scheduled as DETENTION HEARING) and ARRAIGNMENT as to Dr Mark S Weinberger (1) Count 1-22 held on 3/4/2010 before Magistrate Judge Paul R Cherry. Govt appeared by AUSA David Nozick. Dft appeared with atty Adam Tavitas. Melinda Page appeared on behalf of U S Probation/Pretrial Services. Dft sworn. Dft stipulates to detention-waiving hearing. Dft ORDERED held w/o bond pending trial. Court will issue a written detention order. Dft waives reading of formal charges and pleads NOT GUILTY. Parties are in agreement that case is complex and there are voluminous documents and agree that the Speedy Trial Act should be waived. Dft agrees and knowingly and voluntarily waives his rights under the Speedy Trial Act. Court makes a finding that due to the complexity of the case that the Speedy Trial Act is waived. Parties will file with the court an agreed upon schedule for deadlines and trial. Dft REMANDED to custody of US Marshal. (Digitally Recorded.) (plm) (Entered: 03/04/2010) |
| 03/15/2010 | 11 | MOTION for Hearing *to Determine Mental Competency to Stand Trial* by United States of America as to Dr Mark S Weinberger. (Berkowitz - AUSA, Diane) (Entered: 03/15/2010) |
| 03/29/2010 | 12 | OBJECTION (Tavitas, Adam) (Entered: 03/29/2010) |
| 03/31/2010 | 13 | NOTICE OF HEARING ON MOTION in case as to Dr Mark S Weinberger 11 MOTION for Hearing to Determine Mental Competency to Stand Trial: Motion Hearing set for 4/14/2010 09:00 AM in US District Court - Hammond before Magistrate Judge Paul R Cherry. USM Service is Ordered to produce the Defendant.(smb) (Entered: 03/31/2010) |
| 03/31/2010 | 14 | MOTION to Continue *Motion Hearing* by United States of America as to Dr Mark S Weinberger. (Berkowitz - AUSA, Diane) (Entered: 03/31/2010) |
| 04/01/2010 | 15 | ORDER taking under advisement 14 Motion to Continue as to Dr Mark S Weinberger Hearing (1). Defendant's Response Brief due by 4/6/2010. Signed by Magistrate Judge Paul R Cherry on 4/1/10. (kjp) (Entered: 04/01/2010) |
| 04/02/2010 | 16 | RESPONSE to Motion by Dr Mark S Weinberger re 14 MOTION to Continue *Motion Hearing* (Tavitas, Adam) (Entered: 04/02/2010) |
| 04/06/2010 | 17 | ORDER granting 14 Motion to Continue as to Dr Mark S Weinberger. Competency Hearing reset for 4/28/2010 10:00 AM in US District Court - Hammond before Magistrate Judge Paul R Cherry. The Court ORDERS the United States Marshals Service to produce the Defendant for the hearing. Signed by Magistrate Judge Paul R Cherry on 4/6/2010. (cc: USMS) (rmn) (Entered: 04/07/2010) |
| 04/28/2010 | 18 | HEARING as to Dr Mark S Weinberger held on 4/28/2010 before Magistrate Judge Paul R Cherry. Govt appeared by AUSA Diane Berkowitz. Dft appeared in counsel and by atty Adam Tavitas. Govt requests that the Court |

|            |    | conduct a hearing to determine if an actual competency evaluation under 18USC4241 will be necessary. Court receives argument by counsel. Court queries Defendant. Govt states Defend appears to be able to communicate with his attorney and understands the charges, penalties, and proceedings. Motion for Hearing to Determine Mental Competency is denied. Court vacates previous order of 3/4/2010 for parties to file agreed report containing ddl and trial date. It is anticipated that R16B discovery to be completed by end of May, 2010. Parties approximate trial length to be 3 wks -Govt 2 weeks evidence; Defense 1 week evidence. Agreement for trial setting sometime in September or later with exception of Oct 26-Nov 8th week due to Govt's unavailability. Arraignment Order to separately issue with trial and related dates/ddl. (Tape #FTR.) (smb) (Entered: 04/28/2010) |
|------------|----|----|
| 05/06/2010 | 19 | SCHEDULING ORDER as to Dr Mark S Weinberger. Discovery deadline is 6/1/2010. Pretrial Motions due by 6/30/2010. Plea Agreement due by 11/2/2010. Jury Trial set for 11/9/2010 08:30 AM in US District Court - Hammond before Chief Judge Philip P Simon. Final Pretrial Conference set for 10/29/2010 09:00 AM in US District Court - Hammond before Magistrate Judge Paul R Cherry. Signed by Magistrate Judge Paul R Cherry on 5/6/2010. (smb) (Entered: 05/06/2010) |
| 05/12/2010 | 20 | MOTION GOVERNMENT'S MOTION FOR TRANSCRIPT TAPE #FTR by United States of America as to Dr Mark S Weinberger. (Berkowitz - AUSA, Diane) (Entered: 05/12/2010) |
| 05/26/2010 | 21 | TRANSCRIPT of Audio Taped Hearing as to Dr Mark S Weinberger held on 4/28/10, before Judge Paul C Cherry. Court Reporter Sharon Bolcek-Mroz, Telephone number 219-852-6728. Tape Number: 100428H. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. **IMPORTANT: Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Redaction Request - Transcript shall be e-filed with the Court. Access to this request will be restricted to the Court and the attorneys of record in the case. If no such Notice and Redaction Request are filed, the transcript may be made remotely, electronically available to the public without redaction. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** Notice of Intent to Redact due 6/7/2010. Redaction Request due 6/16/2010. Redacted Transcript Deadline set for 6/28/2010. Release of Transcript Restriction set for 8/24/2010. (kjp) (Entered: 05/26/2010) |

| 06/10/2010 | 22 | NOTICE OF HEARING as to Dr Mark S Weinberger : Final Pretrial Conference set for 10/22/2010 09:30 AM in US District Court - Hammond before Chief Judge Philip P Simon. The previous setting of 10/29/2010 before Judge Paul Cherry is VACATED.(nac) (Entered: 06/10/2010) |
|---|---|---|
| 06/22/2010 | 23 | MOTION for Extension of Time to File *Pre-Trial Motions* by Dr Mark S Weinberger. (Tavitas, Adam) (Entered: 06/22/2010) |
| 06/23/2010 | 24 | APPLICATION FOR EX PARTE ORDER by United States of America as to Dr Mark S Weinberger. (kjp) (Entered: 06/24/2010) |
| 06/23/2010 | 25 | ORDER DENYING without prejudice and GRANTING Defendant leave to refile the motion containing his agreement 23 Motion for Extension of Time to File as to Dr Mark S Weinberger (1). Signed by Magistrate Judge Paul R Cherry on 6/23/10. (kjp) (Entered: 06/24/2010) |
| 06/24/2010 | 26 | Amended MOTION for Extension of Time to File *Pre-Trial Motions* by Dr Mark S Weinberger. (Tavitas, Adam) (Entered: 06/24/2010) |
| 06/25/2010 | 28 | ORDER granting 26 Motion for Extension of Time to File Pretrial Motions as to Dr Mark S Weinberger (1). Pretrial Motions due by 9/3/2010. Signed by Magistrate Judge Paul R Cherry on 6/25/10. (kjp) (Entered: 06/28/2010) |
| 07/29/2010 | 29 | TRANSCRIPT REQUEST as to Dr Mark S Weinberger: by Theodoros & Rooth, P.C. for 3/1/2010 Initial Appearance before Magistrate Judge Paul R. Cherry. Proceedings reduced to FTR/CD and delivered to Sharon Boleck-Mroz, Crt Reporter to Chief Judge Philip P. Simon. (smb) Modified on 7/29/2010 to edit text. (smb). (Entered: 07/29/2010) |
| 08/11/2010 | 30 | MOTION to Seal Document by Dr Mark S Weinberger. (kjp) (kjp). (Entered: 08/12/2010) |
| 08/11/2010 | 31 | EX PARTE MOTION for appointment of co-counsel pursuant to the criminal justice act and to place motion under seal by Dr Mark S Weinberger. (kjp) (kjp). Motion to seal this motion is DENIED - see DE# 30 . Docket text modified on 8/24/2010 (kjp). (Entered: 08/12/2010) |
| 08/12/2010 | 32 | NOTICE OF MANUAL FILING of by Dr Mark S Weinberger (Tavitas, Adam) (Entered: 08/12/2010) |
| 08/13/2010 | 33 | ORDER denying 30 Motion to Seal Document as to Dr Mark S Weinberger (1); taking under advisement 31 Motion for Appointment of Co-Counsel Pursuant to the Criminal Justice Act as to Dr Mark S Weinberger (1). The Court ORDERS that the Government shall have through August 20, 2010, to file a response brief to the Motion for Appointment of Co-Counsel. Signed by Magistrate Judge Paul R Cherry on 8/13/10. (kjp) (Entered: 08/13/2010) |
| 08/17/2010 | 34 | Letter from Mark S. Weinberger, MD to AUSA Berkowitz informal request for Rule 16 Discovery and Brady material. (smb) (Entered: 08/17/2010) |
| 08/17/2010 | 35 | DOCKET ANNOTATION as to 34 Letter from Mark S. Weinberer, MD. The Court notes that the letter filed at 34 contains no request for Court action. Therefore, the Court takes no action on 34 . ENTERED by Magistrate Judge Paul R. Cherry. (smb) (Entered: 08/17/2010) |

| 08/23/2010 | 36 | ORDER granting 31 Ex Parte Motion for Appointment of Co-Counsel Pursuant to the Criminal Justice Act as to Dr Mark S Weinberger (1). Clerk of the Court notified the Federal Community Defenders Office to appoint co-counsel for Defendant from the Criminal Justice Act Panel of Attorneys from this Division via fax from chambers. Signed by Magistrate Judge Paul R Cherry on 8/23/10. (kjp) (Entered: 08/24/2010) |
|---|---|---|
| 08/24/2010 | 37 | CJA 20 as to Dr Mark S Weinberger: Appointment of Co-Attorney Stephen Edward Scheele for Dr Mark S Weinberger. By Magistrate Judge Paul R Cherry on 8/24/2010. (smb) (Entered: 08/26/2010) |
| 08/26/2010 | 38 | TRANSCRIPT of Hearing as to Dr Mark S Weinberger held on 3/1/10, before Judge Paul R Cherry. Court Reporter Sharon Boleck-Mroz, Telephone number 219-852-6728. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.

**IMPORTANT: Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Redaction Request - Transcript shall be e-filed with the Court. Access to this request will be restricted to the Court and the attorneys of record in the case. If no such Notice and Redaction Request are filed, the transcript may be made remotely, electronically available to the public without redaction. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**

Notice of Intent to Redact due 9/7/2010. Redaction Request due 9/16/2010. Redacted Transcript Deadline set for 9/27/2010. Release of Transcript Restriction set for 11/24/2010. (kjp) (Entered: 08/26/2010) |
| 08/27/2010 | 39 | MOTION for Extension of Time to File *Pre-Trial Motions* by Dr Mark S Weinberger. (Tavitas, Adam) (Entered: 08/27/2010) |
| 08/30/2010 | 40 | ORDER granting 39 Motion for Extension of Time to File as to Dr Mark S Weinberger (1). Pretrial Motions due by 9/30/2010. Signed by Magistrate Judge Paul R Cherry on 8/30/10. (kjp) (Entered: 08/30/2010) |
| 10/18/2010 | 41 | PLEA AGREEMENT as to Dr Mark S Weinberger (Berkowitz - AUSA, Diane) (Entered: 10/18/2010) |
| 10/19/2010 | 42 | NOTICE OF HEARING as to Dr Mark S Weinberger: Change of Plea Hearing set for 10/22/2010 09:30 AM in US District Court - Hammond before Chief Judge Philip P Simon. The FPTC previously set is now vacated. (nac) (Entered: 10/19/2010) |

| 10/19/2010 | | Terminate PAST Deadlines and Hearings only and Final Pretrial Conference Hearing (of 10/22/10) as to Dr Mark S Weinberger. Note: Change of Plea Hearing replaces the setting of the final Pretrial Conference Hrg on 10/22/2010 at 9:30 a.m. (nac) (Entered: 10/19/2010) |
|---|---|---|
| 10/22/2010 | 43 | CHANGE OF PLEA HEARING as to Dr Mark S Weinberger held on 10/22/2010 before Chief Judge Philip P. Simon. Govt present by Diane Berkowitz, AUSA. Dft appears in person and by cnsl Adam Tavitas and Stephen Scheele. Dft is advised of Constitutional rights, charges and penalties. Plea entered by Dr Mark S Weinberger: Guilty as to Counts 1-22. Court orders judgment of guilty entered upon the dft's plea of guilty to counts 1-22 of the Indictment. Plea of guilty is accepted by the Court. Court reserves acceptance of plea agreement pending a review of the Presentence Investigation Report. Referred to U.S. Probation Office for Presentence Investigation Report. Sentencing set for 1/21/2011 09:30 AM in US District Court - Hammond before Chief Judge Philip P Simon. The trial date of 11/9/2010 is VACATED on the Court calendar of Chief Judge Philip P. Simon. (Court Reporter Sharon Boleck-Mroz.) (nac) (Entered: 10/22/2010) |
| 10/22/2010 | 44 | SEALED Letter. (housed in sealed vault/drawer in Chief Judge Simon chambers per direction of Chief Judge Simon). (nac) (Entered: 11/16/2010) |
| 12/13/2010 | 45 | NOTICE OF HEARING as to Dr Mark S Weinberger: Sentencing RESET for 1/19/2011 09:30 AM in US District Court - Hammond before Chief Judge Philip P Simon. The previous sentencing date of 1/21/2011 is VACATED from the Court calendar of Chief Judge Philip P. Simon. (nac) (Entered: 12/13/2010) |
| 12/16/2010 | 46 | NOTICE OF HEARING as to Dr Mark S Weinberger: Sentencing RESET for 2/24/2011 09:30 AM in US District Court - Hammond before Chief Judge Philip P Simon. The previous sentencing date of 1/19/2011 is VACATED from the Court calendar of Chief Judge Philip P. Simon.(nac) (Entered: 12/16/2010) |
| 01/24/2011 | 47 | Letter to Chief Judge Simon re: Weinberger plea agreement from Alice White. (nac) (Entered: 01/24/2011) |
| 01/24/2011 | 48 | MOTION to Strike *Pro Se Filing of a Non-Party* by Dr Mark S Weinberger. (Scheele, Stephen) (Entered: 01/24/2011) |
| 01/25/2011 | 49 | EXPARTE MOTION by Dr Mark S Weinberger. (kjp) (Entered: 01/25/2011) |
| 01/25/2011 | 50 | NOTICE OF MANUAL FILING of by Dr Mark S Weinberger (Tavitas, Adam) (Entered: 01/25/2011) |
| 01/28/2011 | 51 | SEALED ORDER re: 49 SEALED MOTION filed by Dr Mark S Weinberger. Signed by Chief Judge Philip P Simon on 1/28/11. cc: cnsl for dft (kjp) (Entered: 01/28/2011) |
| 02/04/2011 | 52 | OPINION AND ORDER denying 48 Motion to Strike the Pro Se Filing of a Non-Party. Signed by Chief Judge Philip P Simon on 2/4/11. (kjp) (Entered: 02/04/2011) |
| 02/04/2011 | 53 | Letters addressed to Chief Judge Simon re: sentencing. (nac) (Entered: |

| | | |
|---|---|---|
| | | 02/04/2011) |
| 02/17/2011 | 54 | ORDER as to Dr Mark S Weinberger, Sentencing RESET for 4/1/2011 01:00 PM in US District Court - Hammond before Chief Judge Philip P Simon. Signed by Chief Judge Philip P Simon on 2/17/11. (kjp) (Entered: 02/17/2011) |
| 02/17/2011 | 55 | TRANSCRIPT of Plea Hearing as to Dr Mark S Weinberger held on 10/22/10, before Judge Philip P Simon. Court Reporter Sharon Boleck-Mroz, Telephone number 219-852-6728. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**IMPORTANT: Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Redaction Request - Transcript shall be e-filed with the Court. Access to this request will be restricted to the Court and the attorneys of record in the case. If no such Notice and Redaction Request are filed, the transcript may be made remotely, electronically available to the public without redaction. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Notice of Intent to Redact due 3/1/2011. Redaction Request due 3/10/2011. Redacted Transcript Deadline set for 3/21/2011. Release of Transcript Restriction set for 5/18/2011. (kjp) (Entered: 02/17/2011) |
| 02/17/2011 | 56 | MOTION for Protective Order by United States of America as to Dr Mark S Weinberger. (Berkowitz - AUSA, Diane) (Entered: 02/17/2011) |
| 02/22/2011 | 57 | PROTECTIVE ORDER granting 56 Motion for Protective Order as to Dr Mark S Weinberger (1). Signed by Chief Judge Philip P Simon on 2/22/11. (kjp) (Entered: 02/22/2011) |
| 02/24/2011 | 58 | MOTION to Continue *Sentencing Date* by United States of America as to Dr Mark S Weinberger. (Berkowitz - AUSA, Diane) (Entered: 02/24/2011) |
| 02/25/2011 | 59 | ORDER: GRANTING 58 Motion to Continue Sentencing as to Dr Mark S Weinberger: Sentencing RESET for 4/27/2011 09:30 AM in US District Court - Hammond before Chief Judge Philip P Simon. Signed by Chief Judge Philip P Simon on 2/25/2011. (nac) (Entered: 02/25/2011) |
| 04/19/2011 | 60 | Letters (6) to Chief Judge Simon regarding the sentencing of dft Mark Weinberger. (nac) (Entered: 04/19/2011) |
| 04/20/2011 | 61 | SENTENCING MEMORANDUM by Dr Mark S Weinberger (Attachments: # 1 Exhibit Letters of Support, # 2 Exhibit Certificate of Achievement)(Scheele, |

| | | |
|---|---|---|
| | | Stephen) (Entered: 04/20/2011) |
| 04/23/2011 | 62 | SUPPLEMENT to 61 Sentencing Memorandum by Dr Mark S Weinberger *Supplemental Letter in Support of the Defendant* (Scheele, Stephen) (Entered: 04/23/2011) |
| 04/27/2011 | 63 | HEARING (Previously scheduled as a Sentencing Hearing and/or Hearing for the Court to notify the parties as to the acceptance or rejection of the dft's plea agreement), as to Dr Mark S Weinberger. Hearing held on 4/27/2011 before Chief Judge Philip P Simon. Govt appeared by atty Diane Berkowitz and atty Daniel Bella. Dft appears in person and by cnsl Adam Tavitas and Stephen Scheele. U.S. Probation Officers Andrew Koelndorfer and Paula Pramuk are also present. Court REJECTS the plea agreement. Court states the reasoning for the rejection of the plea agreement. Court ORDERS the U.S. Probation Office to create an addendum to the Presentence Investigation Report showing the information and correspondence from the victim insurance company and any responses thereto. Court advises the dft that he has the right to withdraw his pleas of guilty. Dft withdraws his pleas of guilty to counts 1-22 of the Indictment. The Court will hold a Status Conference for the parties to determine a trial date. The Government indicates that this matter would require a two week trial. A Status Conference date will be entered after consultation with the parties. (Court Reporter Sharon Boleck-Mroz.) (nac) (Entered: 04/27/2011) |
| 04/27/2011 | 64 | NOTICE OF HEARING as to Dr Mark S Weinberger: Status Conference set for 5/12/2011 01:30 PM in US District Court - Hammond before Chief Judge Philip P Simon. (nac) (Entered: 04/27/2011) |
| 04/27/2011 | 65 | ORDER as to Dr Mark S Weinberger In-Person Status Conference set for 5/12/2011 01:30 PM in US District Court - Hammond before Chief Judge Philip P Simon. Signed by Chief Judge Philip P Simon on 4/27/11. cc: USM (kjp) (Entered: 04/27/2011) |
| 05/12/2011 | 66 | STATUS CONFERENCE as to Dr Mark S Weinberger held on 5/12/2011 before Chief Judge Philip P. Simon. Govt present by Diane Berkowitz and Daniel Bella. Dft is present in person and by cnsl Adam Tavitas and Stephen Scheele. Discussion on trial date, deadlines and location of trial. Court sets deadlines: Jury Trial now set for 1/9/2012 at 8:30 a.m. Probable length of trial is two weeks. Defense cnsl to file a motion regarding the waiving of speedy trial issues due to the complicated nature of this trial, this document to be filed within one week. Brief discussion on location of jury trial with Court ordering cnsl to make a filing regarding this within 30 days. In addition cnsl shall file within 30 days documentation regarding retaining experts. Plea Agreement deadline: 12/23/2011. A Status Conference is now scheduled before Chief Judge Philip P. Simon on 10/20/2011 01:00 PM in US District Court - Hammond before Chief Judge Philip P Simon. The defendant shall appear in person. (Court Reporter Sharon Boleck-Mroz.) (nac) Modified on 5/13/2011 (nac). (Entered: 05/12/2011) |
| 05/15/2011 | 67 | TRANSCRIPT of Plea Hearing as to Dr Mark S Weinberger held on 4/27/11, before Judge Philip P Simon. Court Reporter Sharon Boleck Mroz, Telephone number 219-852-6728. Transcript may be viewed at the court public terminal |

| | | or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**IMPORTANT: Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Redaction Request - Transcript shall be e-filed with the Court. Access to this request will be restricted to the Court and the attorneys of record in the case. If no such Notice and Redaction Request are filed, the transcript may be made remotely, electronically available to the public without redaction. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.**<br><br>Notice of Intent to Redact due 5/24/2011. Redaction Request due 6/6/2011. Redacted Transcript Deadline set for 6/15/2011. Release of Transcript Restriction set for 8/15/2011. (kjp) (Entered: 05/15/2011) |
|---|---|---|
| 05/19/2011 | 68 | MOTION to Reset *Jury Trial* by Dr Mark S Weinberger. (Scheele, Stephen) (Entered: 05/19/2011) |
| 05/20/2011 | 69 | ORDER granting 68 Motion to Reset Jury Trial as to Dr Mark S Weinberger (1). Jury Trial reset for 1/9/2012 before Chief Judge Philip P Simon. Signed by Chief Judge Philip P Simon on 5/20/11. (kjp) (Entered: 05/20/2011) |
| 06/08/2011 | 70 | MOTION for Extension of Time to File by Dr Mark S Weinberger. (Scheele, Stephen) (Entered: 06/08/2011) |
| 06/13/2011 | 71 | ORDER granting 70 Motion for Extension of Time to File as to Dr Mark S Weinberger (1) Defense motions concerning the place of trial and retention of expert witnesses, previously due by June 11, 2011, may now be filed no later than July 31, 2011. Signed by Chief Judge Philip P Simon on 6/13/11. (kjp) (Entered: 06/13/2011) |
| 06/16/2011 | 72 | TRANSCRIPT of Hearing as to Dr Mark S Weinberger held on 5/12/11, before Judge Philip P Simon. Court Reporter Sharon Boleck-Mroz, Telephone number 219-852-6728. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**IMPORTANT: Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Redaction Request - Transcript shall be e-** |

| | | |
|---|---|---|
| | | filed with the Court. Access to this request will be restricted to the Court and the attorneys of record in the case. If no such Notice and Redaction Request are filed, the transcript may be made remotely, electronically available to the public without redaction. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.<br><br>Notice of Intent to Redact due 6/27/2011. Redaction Request due 7/7/2011. Redacted Transcript Deadline set for 7/18/2011. Release of Transcript Restriction set for 9/14/2011. (kjp) (Entered: 06/16/2011) |
| 07/31/2011 | 73 | MOTION to Change Venue *and Memorandum of Supporting Authorities* by Dr Mark S Weinberger. (Scheele, Stephen) (Entered: 07/31/2011) |
| 08/01/2011 | 74 | MOTION to Take Deposition *Motion for Leave of Court to Take Witness Depositions* by Dr Mark S Weinberger. (Scheele, Stephen) (Entered: 08/01/2011) |
| 08/01/2011 | 82 | ORDER granting 75 Motion to Seal as to Dr Mark S Weinberger (1). Signed by Magistrate Judge Paul R Cherry on 8/1/11. (mc) (Entered: 08/04/2011) |
| 08/01/2011 | 83 | ORDER granting 77 Motion to Seal Document as to Dr Mark S Weinberger (1). Signed by Magistrate Judge Paul R Cherry on 8/1/11. (mc) (Entered: 08/04/2011) |
| 08/01/2011 | 84 | ORDER granting 79 Motion to Seal Document as to Dr Mark S Weinberger (1). Signed by Magistrate Judge Paul R Cherry on 8/1/11. (mc) (Entered: 08/04/2011) |
| 08/02/2011 | 81 | ORDER granting 74 Motion to Take Deposition as to Dr Mark S Weinberger (1) and ORDERS that the depositions of Nadine Casey-Hassan and Alanna M. Lavelle may be taken by Defendant. Signed by Magistrate Judge Paul R Cherry on 8/2/11. (kjp) (Entered: 08/03/2011) |
| 08/22/2011 | 86 | ORDER as to 73 MOTION to Change Venue filed by Dr Mark S Weinberger. Government Response Brief due by 9/1/2011. Defendant Reply Brief due by 9/8/2011. Signed by Chief Judge Philip P Simon on 8/22/11. (kjp) (Entered: 08/22/2011) |
| 09/01/2011 | 87 | RESPONSE to Motion by United States of America as to Dr Mark S Weinberger re 73 MOTION to Change Venue *and Memorandum of Supporting Authorities* (Berkowitz - AUSA, Diane) (Entered: 09/01/2011) |
| 09/01/2011 | 88 | MOTION to Produce *Under FRCP15(a)* by United States of America as to Dr Mark S Weinberger. (Berkowitz - AUSA, Diane) (Entered: 09/01/2011) |
| 09/08/2011 | 89 | REPLY TO RESPONSE to Motion by Dr Mark S Weinberger re 73 MOTION to Change Venue *and Memorandum of Supporting Authorities* (Scheele, Stephen) (Entered: 09/08/2011) |

| 09/08/2011 | 90 | ORDER granting 88 Motion to Produce Under FRCP 15(a) and ORDERS that witnesses Casey-Hassan and Lavelle produce at their depositions as specified in this order, as to Dr Mark S Weinberger (1). Signed by Magistrate Judge Paul R Cherry on 9/8/11. (kjp) (Entered: 09/09/2011) |
| --- | --- | --- |
| 09/13/2011 | 91 | NOTICE OF HEARING as to Dr Mark S Weinberger: Final Pretrial Conference set for 12/6/2011 09:30 AM in US District Court - Hammond before Chief Judge Philip P Simon. The dft shall be present in person at this Final Pretrial Conference. (nac) Modified on 9/13/2011 to indicate that the dft shall be in attendance at the FPTC. (nac). (Entered: 09/13/2011) |
| 10/06/2011 | 92 | SUPPLEMENT to 87 Response to Motion by United States of America as to Dr Mark S Weinberger *GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S REQUEST FOR CHANGE OF VENUE* (Berkowitz - AUSA, Diane) (Entered: 10/06/2011) |
| 10/20/2011 | 93 | STATUS CONFERENCE as to Dr Mark S Weinberger held on 10/20/2011 before Chief Judge Philip P Simon. Govt appeared by attys Diane Berkowitz and Susan Collins. Dft appears in person and by cnsl Adam Tavitas and Stephen Edward Scheele. Discussion on Change of Venue Motion. Order to be issued by Chief Judge Simon regarding the location of the trial. Discussion on expert witnesses for the trial. The defense is to notify the government within 5 days of defense expert witnesses. All depositions shall be completed not later than 11/3/2011. Motions in Limine due by 11/28/2011 with responses due 10 days thereafter and replies due 5 days after response. Trial remains set for 1/9/2012 at 9:30 a.m. The Court advises that the case will not be continued. (Court Reporter Sharon Boleck-Mroz.) (nac) (Entered: 10/20/2011) |
| 10/24/2011 | 94 | OPINION and ORDER as to Dr Mark S Weinberger, granting 73 MOTION to Change Venue filed by Dr Mark S Weinberger. The trial will be held in the South Bend Division of the Northern District of Indiana. Plea Agreement due by 12/23/2011. Jury Trial set for 1/9/2012 09:00 AM EST in US District Court - South Bend before Chief Judge Philip P Simon. Final Pretrial Conference set for 12/6/2011 09:30 AM in US District Court - Hammond before Chief Judge Philip P Simon. Signed by Chief Judge Philip P Simon on 10/24/11. (kjp) (Entered: 10/24/2011) |
| 10/31/2011 | 95 | MOTION for Substitution of Counsel by Dr Mark S Weinberger, Pro Se. (kjp) (Entered: 10/31/2011) |
| 11/02/2011 | 96 | NOTICE OF HEARING ON MOTION in case as to Dr Mark S Weinberger 95 MOTION to Substitute Attorney. Motion Hearing set for 11/7/2011 01:00 PM in US District Court - Hammond before Chief Judge Philip P Simon. (nac) (Entered: 11/02/2011) |
| 11/03/2011 | 97 | NOTICE *Defendant's Response in Objection to Non-Party Anthem's Emergency Motion to Quash Subpoena to Testify at a Deposition in a Criminal Case; Motion to Quash Order to Testify [DE 81]; Motion to Quash Order to Produce Documents [DE 90]; Motion for HIPAA Compliant Protective Order; And Request for Hearing Before the Presiding Judge* (Attachments: # 1 Exhibit Group Exhibit A: Witness Subpoenas, # 2 Exhibit Exhibit B: Witness Checks)(Scheele, Stephen) (Entered: 11/03/2011) |

| 11/03/2011 | 98 | NOTICE OF HEARING as to Dr Mark S Weinberger regarding 97 Notice:Telephonic Status Conference set for 11/3/2011 09:40 AM CST - Hammond before Magistrate Judge Paul R Cherry. Parties to call into the conference at the telephone number provided by prior email by the case manager this morning.(smb) (Entered: 11/03/2011) |
|---|---|---|
| 11/03/2011 | 99 | MOTION to Seal Document by Dr Mark S Weinberger, Pro Se. (kjp) (Entered: 11/03/2011) |
| 11/03/2011 | 100 | Sealed Document (kjp) (Entered: 11/03/2011) |
| 11/04/2011 | 101 | ATTORNEY APPEARANCE: Bernard L Pylitt appearing for Anthem Insurance Companies Inc (kjp) (Entered: 11/04/2011) |
| 11/04/2011 | 102 | ATTORNEY APPEARANCE Sally F Zweig appearing for Anthem Insurance Companies Inc (kjp) (Entered: 11/04/2011) |
| 11/04/2011 | 103 | Emergency MOTION to Add Non-Party Anthem Insurance Companies by Anthem Insurance Companies Inc as to Dr Mark S Weinberger. (Attachments: # 1 Exhibits 1&2, # 2 Exhibits A&B (kjp) (Entered: 11/04/2011) |
| 11/04/2011 | 104 | Emergency Motion to Quash Subpoena to Testify at a Deposition in a Criminal Case; MOTION to Quash 81 Order on Motion to Take Deposition and to Quash 90 Order on Motion to Produce; MOTION for HIPPA Complaint Protective Order; and MOTION for Hearing before the Presiding Judge, by Anthem Insurance Companies Inc as to Dr Mark S Weinberger. (Attachments: # 1 Exhibits A&B)(kjp) (Entered: 11/04/2011) |
| 11/04/2011 | 105 | TELEPHONIC EMERGENCY MOTION HEARING as to Dr Mark S Weinberger held 11/4/2011 re 104 MOTION to Quash 81 Order on Motion to Take Deposition, 90 Order on Motion to Produce, MOTION for Protective Order; 103 MOTION to Add Non-Party Anthem Insurance Companies filed by Anthem Insurance Companies Inc before Magistrate Judge Paul R Cherry. Govt appeared by AUSA D Berkowitz, AUSA S Collins, AUSA J Kolar. Dft appeared by attys A Tavitas, S Scheele. Anthem Insurance Companies appeared by attys Sally Franklin Zweig, Bernard Pylitt. Argument heard. Motion to Add Non Party Anthem Ins Companies is GRANTED; Emergency Motion to Quash Subpoena and Motion to Quash Order to Produce Documents 90 are each DENIED; Motion for HIPAA Compliant Protective Order is DENIED. This entry constitutes the court's order on this matter and shall carry the same weight and authority as a written order signed by the judge. Motions terminated as to Dr Mark S Weinberger: 104 MOTION to Quash 81 Order on Motion to Take Deposition, 90 Order on Motion to Produce, MOTION for Protective Order MOTION for Hearing MOTION to Quash 81 Order on Motion to Take Deposition, 90 Order on Motion to Produce, filed by Anthem Insurance Companies Inc, 103 MOTION to Add Non-Party Anthem Insurance Companies filed by Anthem Insurance Companies Inc. Anthem Insurance Companies Inc terminated. (Tape #FTR.) (smb) (Entered: 11/04/2011) |
| 11/04/2011 | 108 | ORDER as to Dr Mark S Weinberger re 104 MOTION to Quash 81 Order on Motion to Take Deposition, 90 Order on Motion to Produce, MOTION for Protective Order MOTION for Hearing MOTION to Quash 81 Order on |

| | | |
|---|---|---|
| | | Motion to Take Deposition, 90 Order on Motion to Produce, filed by Anthem Insurance Companies Inc, 103 MOTION to Add Non-Party Anthem Insurance Companies filed by Anthem Insurance Companies Inc. By Magistrate Judge Paul R Cherry on 11/4/2011. (smb) (Entered: 11/08/2011) |
| 11/07/2011 | 106 | MOTION HEARING: (portions were sealed) as to Dr Mark S Weinberger held on 11/7/2011 re 95 MOTION for Substitution of Counsel filed by Dr Mark S Weinberger pro se before Chief Judge Philip P Simon. Govt present by Diane Berkowitz, AUSA and Joshua Kolar, AUSA. Dft is present in person and by cnsl Adam Tavitas and Stephen Edward Scheele. Just prior to the hearing dft Weinberger files a motion pro se requesting to proceed pro se. Court conducts dialogue with the dft regarding his request to represent himself. Dft requests that he be allowed to speak with the Court privately. Court requires Govt attorneys and all present in the courtroom to vacate the courtroom leaving only the Court, his two attorneys and Court staff in the courtroom. Court then conducts sealed proceeding with the dft, Atty Tavitas and Atty Scheele. After discussion the dft withdraws his request to proceed pro se and requests the Court to dismiss his present attorneys and to appoint him another attorney. This request is GRANTED. The trial date remains the same, January 9, 2012 at 8:30 a.m. Attys Scheele and Tavitas ensure the Court that there will be a smooth transition to the new cnsl. The Court now orders the appearance of Atty Adam Tavitas and Atty Stephen Scheele withdrawn. New cnsl will be appointed. The new cnsl shall make a motion to continue the present trial date if necessary. The Court reminds the dft that it would be extremely unlikely that the Court would appoint another attorney after this new appointment. Dft withdraws his Motion to Proceed Pro Se. These proceedings were then unsealed with the Government returning to the Courtroom and being advised of the outcome of the sealed proceeding. Court Order to be issued. (Court Reporter Sharon Boleck-Mroz.) (nac). (Modified on 11/7/2011 to make note that portions of this hrg were sealed). (nac). (Entered: 11/07/2011) |
| 11/07/2011 | 107 | ORDER by Chief Judge Philip Simon in Open Court on 11/7/2011, written Order to follow: GRANTING 95 Motion to Substitute Attorney as to Dr Mark S Weinberger. Attys Adam Tavitas and Stephen Scheele are now WITHDRAWN from this matter. A new attorney will be appointed. (nac) (Entered: 11/07/2011) |
| 11/07/2011 | 109 | WAIVER of right to counsel and MOTION for Leave to Proceed Pro Se, with the appointment of shadow counsel, by Dr Mark S Weinberger Pro Se. (kjp) (Entered: 11/08/2011) |
| 11/07/2011 | 110 | NOTICE Motions 109 WITHDRAWN by dft, per Minute entry of 11/7/11 DE 106 as to Dr Mark S Weinberger (kjp) (Entered: 11/08/2011) |
| 11/07/2011 | 111 | ORDER GRANTING 95 MOTION to Substitute Attorney filed by Dr Mark S Weinberger and 99 GRANTING MOTION to Seal Document filed by Dr Mark S Weinberger. Signed by Chief Judge Philip P Simon on 11/7/11. cc: FCD (kjp) (Entered: 11/08/2011) |
| 11/08/2011 | 112 | CJA 20 as to Dr Mark S Weinberger: Appointment of Attorney Visvaldis P Kupsis for Dr Mark S Weinberger. By Chief Judge Philip P Simon on |

| | | 11/8/2011. (smb) (Entered: 11/08/2011) |
|---|---|---|
| 11/17/2011 | 113 | STRICKEN per DE 115 MOTION to Continue *Jury Trial* by Dr Mark S Weinberger. (Kupsis, Visvaldis) Modified on 11/18/2011 (kjp). (Entered: 11/17/2011) |
| 11/17/2011 | 114 | STRICKEN per DE 115 Notice to court regarding potential conflict of interest by Dr Mark S Weinberger. (Kupsis, Visvaldis) Modified to reflect document is not a motion on 11/18/2011 (tc). Modified on 11/18/2011 (kjp). (Entered: 11/17/2011) |
| 11/18/2011 | 115 | ORDER striking 113 Motion to Continue Jury Trial and striking 114 Notice to Court Regarding Potential Conflict of Interest as to Dr Mark S Weinberger (1). Signed by Magistrate Judge Paul R Cherry on 11/18/11. (kjp) (Entered: 11/18/2011) |
| 11/21/2011 | 116 | Amended MOTION to Continue *Jury Trial* by Dr Mark S Weinberger. (Kupsis, Visvaldis) (Entered: 11/21/2011) |
| 11/21/2011 | 117 | Amended *Notice to court regarding potential conflict of interest* by Dr Mark S Weinberger. (Kupsis, Visvaldis) Modified to reflect document is not a motion on 11/22/2011 (tc). (Entered: 11/21/2011) |
| 11/22/2011 | 118 | ORDER as to Dr Mark S Weinberger re 117 Amended *Notice to court regarding potential conflict of interest* filed by Dr Mark S Weinberger. Having reviewed the Amended Notice, the Court finds that no hearing on this matter is required. The Court finds that no conflict of interest exists in Attorney Visvaldis Kupsis continuing to represent Defendant in this case. Signed by Magistrate Judge Paul R Cherry on 11/22/11. (kjp) (Entered: 11/23/2011) |
| 11/22/2011 | 119 | ORDER granting 116 Motion to Continue as to Dr Mark S Weinberger (1). Plea Agreement due by 8/6/2012. Jury Trial reset for 8/13/2012 09:30 AM (EST) in US District Court - South Bend before Chief Judge Philip P Simon. Final Pretrial Conference set for 7/30/2012 02:00 PM (CST) in US District Court - Hammond before Magistrate Judge Paul R Cherry. Signed by Magistrate Judge Paul R Cherry on 11/22/11. (kjp) (Entered: 11/23/2011) |
| 11/29/2011 | 120 | ORDER as to Dr Mark S Weinberger. Motions in Limine due by 7/2/2012 with responses due within 10 days thereafter and replies due within 5 days after the responses. Signed by Chief Judge Philip P Simon on 11/29/11. (kjp) (Entered: 11/30/2011) |
| 11/30/2011 | | Cancelling PAST deadlines only. (nac) (Entered: 11/30/2011) |
| 12/09/2011 | 121 | NOTICE OF MANUAL FILING of by Dr Mark S Weinberger (Kupsis, Visvaldis) (Entered: 12/09/2011) |
| 12/09/2011 | 122 | NOTICE OF MANUAL FILING of by Dr Mark S Weinberger (Kupsis, Visvaldis) (Entered: 12/09/2011) |
| 12/09/2011 | 123 | MOTION to Seal Document by Dr Mark S Weinberger. (kjp) Unsealed on 1/10/2012 per DE 132 (kjp). (kjp). (Entered: 12/09/2011) |

| 12/09/2011 | 124 | UNSEALED MOTION by Dr Mark S Weinberger. (kjp) Modified on 1/10/2012 to unseal per DE 132 (kjp). (kjp). Modified on 1/10/2012 (kjp). (Entered: 12/09/2011) |
| 12/09/2011 | 125 | MOTION to Seal Document by Dr Mark S Weinberger. (kjp) (Entered: 12/09/2011) |
| 12/09/2011 | 126 | SEALED MOTION by Dr Mark S Weinberger. (kjp) (Entered: 12/09/2011) |
| 01/06/2012 | 129 | NOTICE OF MANUAL FILING of by Dr Mark S Weinberger (Kupsis, Visvaldis) (Entered: 01/06/2012) |
| 01/06/2012 | 130 | MOTION to Seal Document by Dr Mark S Weinberger. (kjp) Unsealed on 1/10/2012 per DE 132 (kjp). (kjp). (Entered: 01/09/2012) |
| 01/06/2012 | 131 | UNSEALED AMENDED Ex Parte (SEALED) MOTION by Dr Mark S Weinberger. (kjp) Modified on 1/10/2012 to unseal per DE 132 (kjp). (kjp). Modified on 1/10/2012 (kjp). (Entered: 01/09/2012) |
| 01/10/2012 | 132 | ORDER The Court DENIES the Motion in Support of Filing Document Under Seal DE 130 and the Amended Ex Parte Application for Authorization to PayTranscript Costs DE 131 . Further, the Court DENIES as moot the Motion in Support of Filing Document Under Seal DE 123 and the Ex Parte Application for Authorization to Pay Transcript Costs DE 124 , as to Dr Mark S Weinberger (1). Signed by Magistrate Judge Paul R Cherry on 1/10/12. (kjp) (Entered: 01/10/2012) |
| 02/13/2012 | 133 | NOTICE OF MANUAL FILING of by Dr Mark S Weinberger (Kupsis, Visvaldis) (Entered: 02/13/2012) |
| 02/13/2012 | 134 | MOTION to Seal Document by Dr Mark S Weinberger. (kjp) (Entered: 02/13/2012) |
| 02/13/2012 | 135 | SEALED MOTION by Dr Mark S Weinberger. (kjp) (Entered: 02/13/2012) |
| 02/13/2012 | 136 | MOTION to Seal Document by Dr Mark S Weinberger. (kjp) (Entered: 02/13/2012) |
| 02/13/2012 | 137 | SEALED MOTION by Dr Mark S Weinberger. (kjp) (Entered: 02/13/2012) |
| 02/13/2012 | 138 | MOTION to Seal Document by Dr Mark S Weinberger. (kjp) (Entered: 02/13/2012) |
| 02/13/2012 | 139 | Sealed Document (kjp) (Entered: 02/13/2012) |
| 02/13/2012 | 140 | ORDER granting 134 Motion to Seal Document as to Dr Mark S Weinberger (1). Signed by Chief Judge Philip P Simon on 2/13/12. (kjp) (Entered: 02/14/2012) |
| 02/13/2012 | 141 | ORDER granting 136 Motion to Seal Document as to Dr Mark S Weinberger (1). Signed by Chief Judge Philip P Simon on 2/13/12. (kjp) (Entered: 02/14/2012) |
| 02/13/2012 | 142 | ORDER granting 138 Motion to Seal Document as to Dr Mark S Weinberger (1). Signed by Chief Judge Philip P Simon on 2/13/12. (kjp) (Entered: |

| | | 02/14/2012) |
|---|---|---|
| 02/23/2012 | 143 | WITHDRAWN per DE 144 MEMORANDUM AND ORDER Ex Parte and Under Seal as to Dr Mark S Weinberger, Motions 135 and 137 terminated as to Dr Mark S Weinberger. Signed by Chief Judge Philip P Simon on 2/23/12. cc: Attys and SB (kjp) Modified on 2/24/2012 (kjp). (Entered: 02/23/2012) |
| 02/24/2012 | 144 | ORDER ExParte & Under Seal as to Dr Mark S Weinberger re 143 Order,. Signed by Chief Judge Philip P Simon on 2/24/12. cc: SB and Attys (kjp) (Entered: 02/24/2012) |
| 06/14/2012 | 146 | NOTICE OF HEARING as to Dr Mark S Weinberger: Status Conference set for 6/25/2012 10:00 AM in US District Court - Hammond before Chief Judge Philip P Simon. The U.S. Marshal shall produce the dft for this hearing (nac) (Entered: 06/14/2012) |
| 06/22/2012 | 149 | NOTICE OF HEARING as to Dr Mark S Weinberger. Status Conference RESET for 6/25/2012 11:15 AM in US District Court - Hammond before Chief Judge Philip P Simon. Please note that this is a change in time only. (nac) (Entered: 06/22/2012) |
| 06/25/2012 | | Terminate Deadlines and Hearings as to Dr Mark S Weinberger: Status Conference scheduled for 6/25/2012 is VACATED. (nac) (Entered: 06/25/2012) |
| 07/03/2012 | 153 | ORDER Defendant Mark Weinbergers Motion to Seal Document DE 147 , Sealed Motion DE 148 , Motion Requesting Access to Plea Negotiations DE 150 , Motion Requesting a Hearing DE 151 , and Motion for Trial Continuance or Appointment of Co-Counsel DE 152 are STRICKEN as improperly filed pro se by a defendant who is represented by counsel. Signed by Chief Judge Philip P Simon on 7/3/12. cc: dft (kjp) (Entered: 07/03/2012) |
| 07/03/2012 | 154 | MOTION for Extension of Time to File *Motions in Limine* by Dr Mark S Weinberger. (Kupsis, Visvaldis) (Entered: 07/03/2012) |
| 07/09/2012 | 155 | ORDER granting 154 Motion for Extension of Time to File Motions In Limine as to Dr Mark S Weinberger. Motions in limine are due no later than Monday, July 16, 2012, with responses due within 10 calendar days thereafter and replies due within 5 calendar days after the responses. Signed by Chief Judge Philip P Simon on 7/9/2012. (rmn) (Entered: 07/09/2012) |
| 07/20/2012 | 156 | PLEA AGREEMENT as to Dr Mark S Weinberger (Berkowitz - AUSA, Diane) (Entered: 07/20/2012) |
| 07/20/2012 | 157 | NOTICE OF HEARING as to Dr Mark S Weinberger: Change of Plea Hearing set for 7/23/2012 10:30 AM in US District Court - Hammond before Chief Judge Philip P Simon. (nac) (Entered: 07/20/2012) |
| 07/23/2012 | 158 | CHANGE OF PLEA HEARING as to Dr Mark S Weinberger held on 7/23/2012 before Chief Judge Philip P. Simon. Govt present by attys Diane Berkowitz and Daniel Bella. U.S. Probation Officer Andrew Koelndorfer is present in person. The dft is present in person and by cnsl Visvaldis P. Kupsis. Dft is sworn and advised of Constitutional rights, charges and penalties. Defendant pleads guilty to counts 1-22 of the Indictment. Court orders |

| | | judgment of guilty entered upon the dft's plea of guilty to counts 1-22 of the Indictment. Plea of guilty is accepted by the Court. Court reserves acceptance of plea agreement pending a review of the Presentence Investigation Report. Defendant is referred to U.S. Probation for preparation of a presentence investigation report. Trial date of 8/13/2012 is VACATED. Sentencing set for 10/12/2012 01:00 PM in US District Court - Hammond before Chief Judge Philip P Simon. Defendant REMANDED to custody of US Marshal.(Court Reporter Sharon Boleck-Mroz.) (nac) (Entered: 07/23/2012) |
|---|---|---|
| 07/23/2012 | 159 | NOTICE OF HEARING as to Dr Mark S Weinberger: Sentencing set for 10/12/2012 01:00 PM in US District Court - Hammond before Chief Judge Philip P Simon. (nac) (Entered: 07/23/2012) |
| 07/27/2012 | 160 | TRANSCRIPT REQUEST by Dr Mark S Weinberger for proceedings held on 7/23/12 before Judge Philip P Simon. cc: Sharon Boleck-Mroz (kjp) (Entered: 07/27/2012) |
| 07/30/2012 | | MINUTE ORDER VACATING Final Pretrial Conference setting on 7/30/2012 2:00 PM before Magistrate Judge Paul Cherry as to Dr Mark S Weinberger. (smb) (Entered: 07/30/2012) |
| 09/07/2012 | 161 | **DRAFT PRESENTENCE INVESTIGATION REPORT as to Dr Mark S Weinberger**. NOTE: This document will only be accessible to the government attorney and the attorney for the applicable defendant. The judge in this case, other defendants and the general public will NOT be able to view this draft document. For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document. Parties should submit objections to this report *directly to the probation officer listed at the end of this docket entry. IMPORTANT!!! Government attorneys and federal community defenders should send objections by SECURE E-MAIL to the probation officer; private attorneys and CJA panel attorneys MUST send objections by FAX ONLY!* **Government Objections** to the Draft Presentence Investigation Report are due **not later than 9/21/2012** pursuant to Rule 32 and General Order of the Court 2001-1. **Defendant Objections** to the Draft Presentence Investigation Report are due **not later than 9/21/2012** pursuant to Rule 32 and General Order of the Court 2001-1. (USPO Koelndorfer - andrew_koelndorfer@innp.uscourts.gov, fax 219-852-3647) (Entered: 09/07/2012) |
| 09/14/2012 | 163 | NOTICE OF NO OBJECTION to Presentence Investigation Report by United States of America as to Dr Mark S Weinberger re 161 (USPO Koelndorfer - andrew_koelndorfer@innp.uscourts.gov, fax 219-852-3647) (Entered: 09/26/2012) |
| 09/25/2012 | 162 | **OBJECTION TO DRAFT PRESENTENCE INVESTIGATION REPORT** by Vis Kupsis re 161 Access to this document is available only to the following parties: United States of America, Dr Mark S Weinberger. The judge in this case, other defendants and the general public will NOT be able to view this document. (USPO Koelndorfer - andrew_koelndorfer@innp.uscourts.gov, fax 219-852-3647) (Entered: 09/25/2012) |

| 10/02/2012 | 164 | **FINAL** PRESENCE INVESTIGATION REPORT as to **Dr Mark S Weinberger**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (Attachments: # 1 Supplement Defendant's supporting documents, # 2 Supplement Government's documents regarding Anthme, # 3 Supplement Victim Impact Statements)(USPO Koelndorfer - andrew_koelndorfer@innp.uscourts.gov, fax 219-852-3647) (Entered: 10/02/2012) |
|---|---|---|
| 10/02/2012 | 165 | **ADDENDUM** TO FINAL PRESENCE INVESTIGATION REPORT re 164 as to **Dr Mark S Weinberger**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (USPO Koelndorfer - andrew_koelndorfer@innp.uscourts.gov, fax 219-852-3647) (Entered: 10/02/2012) |
| 10/03/2012 | 167 | TRANSCRIPT of Plea Hearing as to Dr Mark S Weinberger held on 7/23/12, before Judge Philip P Simon. Court Reporter Sharon Boleck-Mroz, Telephone number 219-852-6728. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. <br><br> **IMPORTANT: Notice is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Redaction Request - Transcript shall be e-filed with the Court. Access to this request will be restricted to the Court and the attorneys of record in the case. If no such Notice and Redaction Request are filed, the transcript may be made remotely, electronically available to the public without redaction. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule.** <br><br> Notice of Intent to Redact due 10/12/2012. Redaction Request due 10/24/2012. Redacted Transcript Deadline set for 11/5/2012. Release of Transcript Restriction set for 1/1/2013. (kjp) (Entered: 10/03/2012) |
| 10/08/2012 | 168 | SENTENCING MEMORANDUM by Dr Mark S Weinberger (Kupsis, Visvaldis) (Entered: 10/08/2012) |

| 10/09/2012 | 169 | Letter received in chambers regarding sentencing, from the law firm of Theodores & Rooth PC (kjp) (Entered: 10/10/2012) |
|---|---|---|
| 10/11/2012 | 170 | EXHIBIT LIST by Dr Mark S Weinberger (Kupsis, Visvaldis) (Entered: 10/11/2012) |
| 10/11/2012 | 171 | **SECOND ADDENDUM** TO FINAL PRESENTENCE INVESTIGATION REPORT re 164 as to **Dr Mark S Weinberger**. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. **For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document.** (USPO Pramuk - paula_pramuk@innp.uscourts.gov, fax 219-852-3664) (Entered: 10/11/2012) |
| 10/12/2012 | 172 | SENTENCING held on 10/12/2012 for Dr Mark S Weinberger. Govt present by attys Diane Berkowitz and Daniel Bella. Dft is present in person and by cnsl Vis Kupsis. U.S. Probation Officer Andrew Koelndorfer is in attendance. Evidence heard on objection with Court ruling on objection - no enhancement to be given. Both sides speak to possible enhancement regarding sophisticated means, both sides and Court agree that this enhancement does not apply. Court accepts plea agreement. Defense requests time served sentence. Statement by defense cnsl, dft and Govt cnsl. Court to impose a non-guideline sentence higher than the guideline range with the Court stating the reasons for the sentence imposed. Dft is sentenced on counts 1-22: BOP - 84 months on each of counts 1-22, terms to be served concurrently. Supervised Release - 2 years on each of counts 1-22, to be served concurrently. No fine imposed. Special Assessment of $2,200.00 ($100.00 on each count). Restitution of $108,331.93. Dft requests confinement at FPC Pensicola and for a drug/alcohol program. Court to recommend to BOP that dft be incarcerated at FPC Pensicola and to be permitted to participate in Residential Drug & Alcohol Program offered by BOP. Restitution in the amount of $108,331.93 is ordered with this amount being due immediately. Restitution shall be paid at a minimum rate of $500.00 per month commencing 30 days after placement on supervision until said amount is paid in full. Defendant REMANDED to custody of US Marshal. (Court Reporter Sharon Boleck-Mroz.) (nac) (Entered: 10/12/2012) |
| 10/12/2012 | 173 | WITNESS LIST/EXHIBIT LIST from Sentencing Hearing for dft Mark S. Weinberger held on 10/12/2012 (nac) (Entered: 10/12/2012) |
| 10/23/2012 | 174 | JUDGMENT as to Dr Mark S Weinberger. Signed by Chief Judge Philip P Simon on 10/23/2012. (nac) Modified on 10/26/2012 to correct date of jdgmt. (nac). (Entered: 10/25/2012) |
| 11/14/2012 | 175 | TRANSCRIPT of Sentencing Hearing as to Dr Mark S Weinberger held on 10/12/12, before Judge Philip P Simon. Court Reporter Sharon Boleck-Mroz, Telephone number 219-852-6728. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>**IMPORTANT: Notice is hereby given that an official transcript of a** |

|  |  | proceeding has been filed by the court reporter in the above-captioned matter. The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. Within 21 days of the filing of the transcript, a Redaction Request - Transcript shall be e-filed with the Court. Access to this request will be restricted to the Court and the attorneys of record in the case. If no such Notice and Redaction Request are filed, the transcript may be made remotely, electronically available to the public without redaction. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the Court Reporter. Counsel are strongly urged to share this notice with all clients so that an informed decision about the inclusion of certain materials may be made. The responsibility for redacting these personal identifiers rests solely with counsel and the parties. The Clerk and Court Reporter will not review each transcript for compliance with this rule. Notice of Intent to Redact due 11/23/2012. Redaction Request due 12/5/2012. Redacted Transcript Deadline set for 12/17/2012. Release of Transcript Restriction set for 2/12/2013. (kjp) (Entered: 11/14/2012) |
|---|---|---|
| 03/17/2015 | 176 | PROBATION FILING as to Dr Mark S Weinberger. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document. (USPO Fuentes - louis_fuentes@innp.uscourts.gov, fax 219-852-3658) (Entered: 03/17/2015) |
| 03/18/2015 | 177 | SEALED ORDER ON PROBATION REQUEST as to Dr Mark S Weinberger. Signed by Chief Judge Philip P Simon on 3/18/2015. (nac) (Entered: 03/18/2015) |
| 03/19/2015 | 178 | PROBATION FILING as to Dr Mark S Weinberger. NOTE: This document will only be accessible to appropriate court staff, the government attorney and the attorney for the applicable defendant. Other defendants in the case and the general public will NOT be able to view this document. For parties entitled to a free look at this document, enter your CM/ECF login and password to confirm your right to view this document. (calexander, ) (Entered: 03/19/2015) |
| 03/31/2015 | 179 | TRANSFER OF JURISDICTION ORDER to Southern District of Florida as to Dr Mark S Weinberger (awaiting acceptance of receiving court). Signed by Chief Judge Philip P Simon on 3/31/15. (mc) (Entered: 04/02/2015) |
| 04/02/2015 | 180 | Initial Transfer Out Letter from USDC ND INN to the Clerk USDC SD Florida (mc) (Entered: 04/02/2015) |